**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                          Case No.: 1:25−cr−00128
                                                            Honorable John F. Kness

Marquez Robinson

                                  Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 22, 2025:

       MINUTE entry before the Honorable John F. Kness as to Marquez Robinson: In−person status hearing held on 12/22/2025. Defendant, who is in custody, was present at the hearing with appointed counsel. The Court advised Defendant that the pending motion to suppress [31] is denied. The Court will issue a written order in the near term. Defendant noted his intention to proceed to trial and the Court set a trial date of 3/23/2026. Upon further consideration, however, the Court strikes the 3/23/2026 trial date. An in−person status hearing is set for 1/13/2026 at 9:00 A.M. to set a new trial date. Counsel for both sides should promptly contact the Courtroom Deputy for the purpose of identifying available trial dates. The Government's unopposed oral motion to continue time until the trial date was granted. Time is excluded from 12/22/2025 to and including 1/13/2026 under 18 U.S.C. § 3161(h)(1)(D) to allow the parties time to prepare for trial. Such delay outweighs the interests of the public and the Defendants in a speedy trial. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.