**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                              Case No.: 1:25–cr–00128
                                                                Honorable John F. Kness

Marquez Robinson

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 12, 2026:

        MINUTE entry before the Honorable John F. Kness as to Marquez Robinson: Through email correspondence with Court staff, the parties have agreed on a new date for a jury trial. A jury trial is set for 6/1/2026 at 9:00 A.M. A pretrial conference is set for 5/27/2026 at 1:30 P.M. The parties' joint pretrial statement and motions in limine shall be filed by 5/1/2026. Responses to motions in limine shall be filed by 5/15/2026. Replies in support of motions in limine (if any) shall be filed by 5/22/2026. By 5/1/2026, the parties shall exchange and deliver copies of their witness lists and exhibit lists to the Court. The Government shall be responsible for preparing the initial draft of the joint pretrial statement for review and input by the Defendant. The statement shall contain the following: a proposed statement of the case to be read to prospective jurors, any changes or special provisions for number or allocation among multiple defendants of peremptory strikes, joint proposed jury instructions and verdict form, proposed voir dire questions, a statement of whether the parties agree to make use of the Jury Evidence Recording System (JERS) to permit the jurors to access documents admitted into evidence electronically, and a list of any stipulations or uncontested facts upon which the parties agree. The parties shall also submit a Word version of their proposed jury instructions, verdict forms, and voir dire questions to the Court's Proposed Order e–mailbox at Proposed_Order_Kness@ilnd.uscourts.gov. The parties are advised that Judge Kness's courtroom is equipped with an integrated electronic evidence presentation system. Parties will no longer be permitted to bring their own projection or audio–visual equipment to display evidence electronically during trial. Any party desiring to use the Court's electronic evidence presentation system must confirm by e–mailing Judge Kness's courtroom deputy that the person who will be operating the equipment either (1) has participated in a training session with the Systems Department, or (2) does not require training because they have used the system for a trial in this courthouse previously. Parties may arrange for training by contacting the Systems Department at (312) 435–5555. The Government's unopposed oral motion to exclude time is granted. Time is excluded without objection from1/13/2026 to and including 6/1/2026 under 18 U.S.C. 3161(h)(7) to serve the ends of justice. Excluding time will allow the parties the reasonable time necessary to prepare for trial. Such delay outweighs the interests of the public and the Defendants in a speedy trial. The status hearing set for 1/13/2026 is stricken. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.