UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

        v.

MARQUEZ ROBINSON

Case No. 25 CR 128

Judge John F. Kness

**APPEARANCE OF COUNSEL**

Please take notice that Assistant United States Attorney Meghan Morrissey is assigned to this case.

By:    */s/Meghan Morrissey*
        MEGHAN MORRISSEY
        Assistant United States Attorney
        219 S. Dearborn St., 5th Floor
        Chicago, Illinois 60604
        (312) 353-4045